# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DONNA F. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-690-S-BK |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 26, 2023.

_____
UNITED STATES DISTRICT JUDGE