# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DONNA J. FOSTER | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0690-S-BK |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation. Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act [ECF No. 18] ("Application") is **GRANTED.** Accordingly, Defendant shall pay Plaintiff the total amount of $9,673.01 in a check made payable to Donna J. Foster and sent in care of her attorney of record on or before March 25, 2024.

**SO ORDERED.**

SIGNED February 23, 2024.

_____
**UNITED STATES DISTRICT JUDGE**